UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **KAREN ELIZABETH MORTON,** § | |
| § | |
| plaintiff, § | |
| § | |
| v. § | Case 4:24-cv-1107 |
| § | |
| **LAKEVIEW LOAN SERVICING, LLC,** § | |
| § | |
| defendant. § | |

## EXHIBIT INDEX

Plaintiff's Original Petition and Application for Temporary Restraining Order ........................... 1

Temporary Restraining Order ................................................................................................. 2

Defendant's Original Answer ................................................................................................. 3

State Court docket sheet ........................................................................................................ 4

Civil Cover Sheet ................................................................................................................... 5

Supplemental Civil Cover Sheet ............................................................................................. 6

Hood County CAD ................................................................................................................. 7