# EXHIBIT 2

CAUSE NO. **C2024277** _____

| | | |
|---|---|---|
| **KAREN ELIZABETH MORTON** | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| vs. | § | HOOD COUNTY, TEXAS |
| | § | |
| **LAKEVIEW LOAN SERVICING, LLC** | § | |
| *Defendant* | § | **355th** JUDICIAL DISTRICT |

## TEMPORARY RESTRAINING ORDER AND
## ORDER SETTING HEARING FOR TEMPORARY INJUNCTION

After considering Plaintiffs' Original Petition and Application for Temporary Restraining Order, and the verification, the Court finds there is sufficient evidence that unless Defendant Lakeview Loan Servicing, LLC, and the substitute trustee are immediately restrained as set forth below, without notice and hearing, Plaintiff will suffer imminent and irreparable injury because Defendant will continue with the foreclosure of Plaintiffs' property. Damages resulting from this conduct cannot be measured by any certain pecuniary standard therefore, injunctive relief must issue.

An ex parte order, without formal notice to Defendant, is necessary because there is not enough time to serve notice on Defendant and to hold a hearing on this application.

IT IS THEREFORE ORDERED that Defendant be immediately enjoined by this Court from foreclosing on **4005 Frisco Court, Granbury, Texas 76048** ("Property") more formally described as:

> Lot 13, Block 2, Knob Hill Phase Two, a subdivision in Hood County, Texas according to the plat recorded in Slide A-311-B of the Plat Records of Hood County, Texas (the "Property").

IT IS FURTHER ORDERED that a hearing for a temporary injunction is set on the **13th** day of November 2024 at **9:00 a** .m. in Hood County District Court.

---

*Order on Original Petition and Application for TRO*
Page 1 of 13

The clerk of the above-entitled Court shall forthwith, on the filing by Plaintiff of the bond hereinafter required, and on approving the same according to the law, issue a temporary restraining order in conformity with the law and the terms of this Order.

This order shall not be effective unless and until Plaintiff execute and files with the clerk a bond, in conformity with the law, in the amount of **$10,000** dollars ($_____).

Signed on the _____ day of _____ 2024 at _:_ m.   *[11/1/2024 3:09:52 PM]*

*Bryan J. Bufkin*

**PRESIDING JUDGE**

**FILED**
NOVEMBER 1, 2024

*Roberta Zamarron*
ROBERTA ZAMARRON
Clerk District Court, Hood County, Texas

*Order on Original Petition and Application for TRO*
*Page 2 of 13*

# OFFICIAL RECEIPT
**Roberta Zamarron**
**District Clerk Hood County**
**1200 W. Pearl St.**
**Granbury, TX 76048**
**(817) 579-3236**

Payor
MORTON, KAREN ELIZABETH
4005 FRISCO COURT
GRABURY, TX 76048

Receipt No.
**2024-206064**

Transaction Date
11/04/2024

| Description | Amount Paid |
|---|---|
| On Behalf Of MORTON, KAREN ELIZABETH | |
| C2024277 | |
| KAREN ELIZABETH MORTON VS. LAKEVIEW LOAN SERVICING, LLC | |
| Civil Registry | |
|     Civil Registry Deposit | 10,000.00 |
|     **SUBTOTAL** | **10,000.00** |

**PAYMENT TOTAL**    **10,000.00**

Cashier's Check (Ref #9461636297) Tendered    10,000.00
Total Tendered    **10,000.00**
Change    0.00

C2024277 BOND DEPOSIT FOR TRO

| 11/04/2024 | Cashier | Audit |
|---|---|---|
| 02:15 PM | Station CS5191 | 1464686 |

## OFFICIAL RECEIPT