# EXHIBIT 4

# REGISTER OF ACTIONS
## CASE NO. C2024277

| | | |
|---|---|---|
| KAREN ELIZABETH MORTON VS. LAKEVIEW LOAN SERVICING, LLC | § § § § § | Case Type: **Civil Case - Other**<br>Date Filed: **11/01/2024**<br>Location: **355th Court** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | LAKEVIEW LOAN SERVICING, LLC | Pro Se |
| **Plaintiff** | MORTON, KAREN ELIZABETH | Pro Se |

---

### EVENTS & ORDERS OF THE COURT

| | |
|---|---|
| | **OTHER EVENTS AND HEARINGS** |
| 11/01/2024 | **Application (New Cases Filed-OCA)** |
| 11/01/2024 | **ORDER** |
| 11/04/2024 | **Temporary Restraining Order-Injunction/Show Cause (OCA)** |
| 11/04/2024 | **TRO-Other** |
| |     LAKEVIEW LOAN SERVICING, LLC      Unserved |
| 11/04/2024 | **Bond** |
| 11/13/2024 | **TRO** (9:00 AM) (Judicial Officer Bufkin, Bryan T.) |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** MORTON, KAREN ELIZABETH | | | |
| | Total Financial Assessment | | | 498.00 |
| | Total Payments and Credits | | | 498.00 |
| | **Balance Due as of 11/12/2024** | | | **0.00** |
| 11/01/2024 | Transaction Assessment | | | 350.00 |
| 11/01/2024 | Payment | Receipt # 2024-206040 | MORTON, KAREN ELIZABETH | (350.00) |
| 11/04/2024 | Transaction Assessment | | | 148.00 |
| 11/04/2024 | Payment | Receipt # 2024-206065 | MORTON, KAREN ELIZABETH | (148.00) |