# EXHIBIT 7

# Hood CAD Property Search

## Property ID: R000016069 For Year 2024

### 🔖 Property Details

| Account | |
|---|---|
| **Property ID:** | R000016069 |
| **Type:** | Real |
| **Property Use:** | |

| | |
|---|---|
| **Geographic ID:** | 12885.002.0013.0 |
| **Zoning:** | |
| **Condo:** | |

| Location | |
|---|---|
| **Situs Address:** | 4005 FRISCO CT |
| **Map ID:** | |
| **Mapsco:** | |
| **Legal Description:** | Lot 13, Blk 2, Subd KNOB HILL PHASE TWO |
| **Abstract/Subdivision:** | KNOB HILL PHASE TWO |
| **Neighborhood:** | R16069 |

| Owner | |
|---|---|
| **Owner ID:** | GMNI20210511110539747 |
| **Name:** | MORTON KAREN ET VER JOHN |
| **Agent:** | |
| **Mailing Address:** | 4005 FRISCO CT<br>GRANBURY, TX 76048 |
| **% Ownership:** | 100.00% |
| **Exemptions:** | H - General Homestead<br>For privacy reasons not all exemptions are shown online. |

### 🔖 Property Values

| | |
|---|---|
| **Improvement Homesite Value:** | $321,900 (+) |
| **Improvement Non-Homesite Value:** | $0 (+) |
| **Land Homesite Value:** | $28,000 (+) |
| **Land Non-Homesite Value:** | $0 (+) |
| **Agricultural Market Valuation:** | $0 (+) |

| | |
|---|---|
| **Market Value:** | $349,900 (=) |
| **Agricultural Value Loss:** ❓ | $0 (-) |
| | |
| **Appraised Value:** | $349,900 (=) |
| **HS Cap Loss:** ❓ | $35,476 (-) |
| **CB Cap Loss:** ❓ | $0 (-) |
| | |
| **Assessed Value:** | $314,424 |
| **Ag Use Value:** | $0 |

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents. Please contact the Appraisal District to verify all information for accuracy.

## 🔖 Property Taxing Jurisdiction

**Owner:** MORTON KAREN ET VER JOHN **%Ownership:** 100.00%

| Entity | Description | Market Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|

**Total Tax Rate:** 0.000000

**Estimated Taxes With Exemptions:** $0.00

**Estimated Taxes Without Exemptions:** $0.00

## 🔖 Property Improvement - Building

**Type:** LA **State Code:** A1 **Living Area:** 2,041.00 sqft **Value:** $321,902

| Type | Description | Class CD | Year Built | SQFT |
|---|---|---|---|---|
| LA | LEVEL 1 | Q3-V | 1988 | 1,801.00 |
| AG | GARAGE ATT LEVEL 1 | Q3-V | 1988 | 483.00 |
| CR | COVERED PORCH LEVEL 1 | Q3-V | 1988 | 64.00 |
| LA | LEVEL 1 | Q3-V | 1988 | 240.00 |
| SITE100 | SITE IMPROVEMENT 10000 | Q3-V | 1988 | 1.00 |

## 🔖 Property Land

| Type | Description | Acreage | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|
| 028000 | | 0.00 | 0.00 | 0.00 | 0.00 | $28,000 | $0 |

## 🔖 Property Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap Loss | Assessed |
|---|---|---|---|---|---|---|
| 2025 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2024 | $321,900 | $28,000 | $0 | $349,900 | $35,476 | $314,424 |
| 2023 | $304,110 | $28,000 | $0 | $332,110 | $46,270 | $285,840 |
| 2022 | $245,860 | $14,000 | $0 | $259,860 | $0 | $259,860 |
| 2021 | $219,040 | $14,000 | $0 | $233,040 | $0 | $233,040 |
| 2020 | $143,380 | $14,000 | $0 | $157,380 | $0 | $157,380 |
| 2019 | $167,760 | $14,000 | $0 | $181,760 | $0 | $181,760 |
| 2018 | $126,960 | $14,000 | $0 | $140,960 | $0 | $140,960 |
| 2017 | $122,490 | $14,000 | $0 | $136,490 | $0 | $136,490 |
| 2016 | $122,490 | $14,000 | $0 | $136,490 | $0 | $136,490 |
| 2015 | $118,980 | $14,000 | $0 | $132,980 | $0 | $132,980 |
| 2014 | $109,460 | $14,000 | $0 | $123,460 | $0 | $123,460 |

## 🔖 Property Deed History

| Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Number |
|---|---|---|---|---|---|---|---|
| 2/4/2021 | A | | BLACKMAN HUNTER ETUX TARYN | MORTON KAREN ET VER JOHN | | | 2021-0002264 |
| 9/5/2019 | | | DAVIS RANDY A & BARBARA A | BLACKMAN HUNTER ETUX TARYN | | | 2019-0011678 |
| 11/28/1990 | W | | BELACRUZ MARIO R | | 1307 | 00115 | |

## 🔖 ARB Data

| Hearing Date And Time | Board Members | Owner's Opinion Of Value | Board's Determination Of Value | ARB Determination |
|---|---|---|---|---|

## 🔖 Estimated Tax Due

**ATTENTION**

Indicated amount may not reflect delinquent tax due beyond a 5-year history. Partial payments or contract payments may not be reflected. Quarter payments that are made according to Section 31.031 of the Texas Property Tax Code are not considered delinquent.

**\*\*PRIOR TO MAKING FULL OR PARTIAL PAYMENTS PLEASE CONTACT OUR OFFICE FOR A CURRENT AMOUNT DUE\*\***

**\*\*WE CANNOT GUARANTEE THE ACCURACY OF THE AMOUNT DUE LISTED BELOW\*\***

If Paid: 11/06/2024    \* Property taxes in question have been legally deferred or abated

| Year | Taxing Jurisdiction | Tax Rate | Market Value | Taxable Value | Base Tax | Base Taxes Paid | Base Tax Due | Discount/Penalty & Interest | Attorney Fees |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | HOOD COUNTY | 0.000000 | 0 | $285,840 | $697.45 | $697.45 | $0.00 | $0.00 | $0.00 |
| 2023 | LIBRARY | 0.000000 | 0 | $285,840 | $19.26 | $19.26 | $0.00 | $0.00 | $0.00 |
| 2023 | LATERAL ROAD | 0.000000 | 0 | $282,840 | $90.19 | $90.19 | $0.00 | $0.00 | $0.00 |
| 2023 | GRANBURY I.S.D. | 0.000000 | 0 | $185,840 | $1,736.12 | $1,736.12 | $0.00 | $0.00 | $0.00 |
|  | 2023 Total: | 0.000000 |  |  | $2,543.02 | $2,543.02 | $0.00 | $0.00 | $0.00 |
| 2022 | HOOD COUNTY | 0.000000 | 0 | $259,860 | $767.70 | $767.70 | $0.00 | $0.00 | $0.00 |
| 2022 | LIBRARY | 0.000000 | 0 | $259,860 | $18.21 | $18.21 | $0.00 | $0.00 | $0.00 |
| 2022 | LATERAL ROAD | 0.000000 | 0 | $256,860 | $73.70 | $73.70 | $0.00 | $0.00 | $0.00 |
| 2022 | GRANBURY I.S.D. | 0.000000 | 0 | $219,860 | $2,197.72 | $2,197.72 | $0.00 | $0.00 | $0.00 |
|  | 2022 Total: | 0.000000 |  |  | $3,057.33 | $3,057.33 | $0.00 | $0.00 | $0.00 |
| 2021 | HOOD COUNTY | 0.000000 | 0 | $233,040 | $876.64 | $876.64 | $0.00 | $0.00 | $0.00 |
| 2021 | LIBRARY | 0.000000 | 0 | $233,040 | $19.42 | $19.42 | $0.00 | $0.00 | $0.00 |
| 2021 | LATERAL ROAD | 0.000000 | 0 | $233,040 | $83.52 | $83.52 | $0.00 | $0.00 | $0.00 |
| 2021 | GRANBURY I.S.D. | 0.000000 | 0 | $233,040 | $2,537.34 | $2,537.34 | $0.00 | $0.00 | $0.00 |
|  | 2021 Total: | 0.000000 |  |  | $3,516.92 | $3,516.92 | $0.00 | $0.00 | $0.00 |

| Year | Entity | Rate | | Value | Levy | Balance | P&I | | Att Fee | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | HOOD COUNTY | 0.000000 | 0 | $157,380 | $590.20 | $590.20 | $0.00 | | $0.00 | $0.00 |
| 2020 | LIBRARY | 0.000000 | 0 | $157,380 | $16.18 | $16.18 | $0.00 | | $0.00 | $0.00 |
| 2020 | LATERAL ROAD | 0.000000 | 0 | $157,380 | $60.56 | $60.56 | $0.00 | | $0.00 | $0.00 |
| 2020 | GRANBURY I.S.D. | 0.000000 | 0 | $157,380 | $1,749.12 | $1,749.12 | $0.00 | | $0.00 | $0.00 |
| | 2020 Total: | 0.000000 | | | $2,416.06 | $2,416.06 | $0.00 | | $0.00 | $0.00 |
| 2019 | HOOD COUNTY | 0.000000 | 0 | $181,760 | $686.68 | $686.68 | $0.00 | | $0.00 | $0.00 |
| 2019 | LIBRARY | 0.000000 | 0 | $181,760 | $18.98 | $18.98 | $0.00 | | $0.00 | $0.00 |
| 2019 | LATERAL ROAD | 0.000000 | 0 | $181,760 | $72.31 | $72.31 | $0.00 | | $0.00 | $0.00 |
| 2019 | GRANBURY I.S.D. | 0.000000 | 0 | $181,760 | $2,044.80 | $2,044.80 | $0.00 | | $0.00 | $0.00 |
| | 2019 Total: | 0.000000 | | | $2,822.77 | $2,822.77 | $0.00 | | $0.00 | $0.00 |
| 2018 | HOOD COUNTY | 0.000000 | 0 | $140,960 | $532.40 | $532.40 | $0.00 | | $0.00 | $0.00 |
| 2018 | LIBRARY | 0.000000 | 0 | $140,960 | $14.04 | $14.04 | $0.00 | | $0.00 | $0.00 |
| 2018 | LATERAL ROAD | 0.000000 | 0 | $140,960 | $56.89 | $56.89 | $0.00 | | $0.00 | $0.00 |
| 2018 | GRANBURY I.S.D. | 0.000000 | 0 | $140,960 | $1,684.47 | $1,684.47 | $0.00 | | $0.00 | $0.00 |
| | 2018 Total: | 0.000000 | | | $2,287.80 | $2,287.80 | $0.00 | | $0.00 | $0.00 |
| 2017 | HOOD COUNTY | 0.000000 | 0 | $0 | $501.42 | $501.42 | $0.00 | | $0.00 | $0.00 |
| 2017 | LIBRARY | 0.000000 | 0 | $0 | $12.04 | $12.04 | $0.00 | | $0.00 | $0.00 |
| 2017 | LATERAL ROAD | 0.000000 | 0 | $0 | $53.99 | $53.99 | $0.00 | | $0.00 | $0.00 |
| 2017 | GRANBURY I.S.D. | 0.000000 | 0 | $136,490 | $1,651.53 | $1,651.53 | $0.00 | | $0.00 | $0.00 |
| | 2017 Total: | 0.000000 | | | $2,218.98 | $2,218.98 | $0.00 | | $0.00 | $0.00 |
| 2016 | HOOD COUNTY | 0.000000 | 0 | $136,490 | $502.37 | $502.37 | $0.00 | | $0.00 | $0.00 |
| 2016 | LIBRARY | 0.000000 | 0 | $136,490 | $13.69 | $13.69 | $0.00 | | $0.00 | $0.00 |

| Year | Entity | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | LATERAL ROAD | 0.000000 | 0 | $136,490 | $60.24 | $60.24 | $0.00 | $0.00 | $0.00 |
| 2016 | GRANBURY I.S.D. | 0.000000 | 0 | $136,490 | $1,706.12 | $1,706.12 | $0.00 | $0.00 | $0.00 |
| | 2016 Total: | 0.000000 | | | $2,282.42 | $2,282.42 | $0.00 | $0.00 | $0.00 |
| 2015 | HOOD COUNTY | 0.000000 | 0 | $132,980 | $499.64 | $499.64 | $0.00 | $0.00 | $0.00 |
| 2015 | LIBRARY | 0.000000 | 0 | $132,980 | $13.51 | $13.51 | $0.00 | $0.00 | $0.00 |
| 2015 | LATERAL ROAD | 0.000000 | 0 | $132,980 | $59.84 | $59.84 | $0.00 | $0.00 | $0.00 |
| 2015 | GRANBURY I.S.D. | 0.000000 | 0 | $132,980 | $1,682.20 | $1,682.20 | $0.00 | $0.00 | $0.00 |
| | 2015 Total: | 0.000000 | | | $2,255.19 | $2,255.19 | $0.00 | $0.00 | $0.00 |
| 2014 | HOOD COUNTY | 0.000000 | 0 | $123,460 | $415.49 | $415.49 | $0.00 | $0.00 | $0.00 |
| 2014 | LIBRARY | 0.000000 | 0 | $123,460 | $12.54 | $12.54 | $0.00 | $0.00 | $0.00 |
| 2014 | LATERAL ROAD | 0.000000 | 0 | $123,460 | $55.56 | $55.56 | $0.00 | $0.00 | $0.00 |
| 2014 | GRANBURY I.S.D. | 0.000000 | 0 | $123,460 | $1,561.77 | $1,561.77 | $0.00 | $0.00 | $0.00 |