# EXHIBIT 2

Hood County Clerk
201 W Bridge Street
PO BOX 339
Granbury, Texas 76048
Phone: 817-579-3222

Document Number: 2023-0001766 -
Filed and Recorded - Real Records

CORPORATE ASSIGNMENT OF DEED OF TRUST
Grantor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
Pages: 2
Recorded On: 02/14/2023 02:19 PM

**This page is a permanent part of the document.
Do Not Destroy**

| | | Notes: |
|---|---|---|
| **Recorded On:** | 02/14/2023 02:19 PM | |
| **Document Number:** | 2023-0001766 | |
| **Receipt Number:** | R231967 | |
| **Amount:** | $21.00 | |
| **Recorded By:** | Simplifile | |

Any provision herein which restricts the Sale, Rental, or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**I hereby certify that this instrument was filed and duly recorded in the Official Records of Hood County, Texas**

Katie Lang
County Clerk
Hood County, Texas

**Return To:**
NATIONWIDE TITLE CLEARING, LLC
2100 ALT 19
PALM HARBOR, FL 34683-2620



## CORPORATE ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR SFMC LP DBA SERVICE FIRST MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026) by these presents does convey, grant, assign, transfer and set over the described Deed of Trust, all liens, and any rights due or to become due thereon, to LAKEVIEW LOAN SERVICING, LLC, WHOSE ADDRESS IS 4425 PONCE DE LEON BLVD., MS 5-251, CORAL GABLES, FL 33146, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Deed of Trust bearing the date 02/03/2021, was executed by KAREN MORTON AND JOHN MORTON and recorded as **Instrument # 2021-0002265**, in the records of Real Property of **HOOD** County, Texas.

IN WITNESS WHEREOF, this Assignment is executed **this 14th day of February in the year 2023**.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR SFMC LP DBA SERVICE FIRST MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS

_Angela Pavao_
**ANGELA PAVAO**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 14th day of February in the year 2023, by Angela Pavao as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR SFMC LP DBA SERVICE FIRST MORTGAGE COMPANY, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_Julie Martens_
**JULIE MARTENS**
**COMM EXPIRES: 5/22/2026**

JULIE MARTENS
Notary Public - State of Florida
Commission # HH 243030
My Comm. Expires May 22, 2026
Bonded through National Notary Assn.

Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: LoanCare, LLC, C/O Nationwide Title Clearing, LLC 2100 Alt. 19 North, Palm Harbor, FL 34683
LC004 435699373  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) LC MERS
MIN 100130200000472560 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026 DOCR T142302-01:27:32 [C-1] EFRMTX1




*D0099536186*