UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KAREN ELIZABETH MORTON, § § plaintiff, § § v. § Case 4:24-cv-1107 § LAKEVIEW LOAN SERVICING, LLC, § § defendant. § | |

## ORDER GRANTING LAKEVIEW'S DISMISSAL MOTION

On this day came on for consideration the motion for judgment filed by Lakeview Loan Servicing, LLC (**Lakeview**), on Karen Elizabeth Morton's claims pursuant to Federal Rule of Civil Procedure 12(c). Upon consideration of Lakeview's motion, any timely filed response by Ms. Morton and any subsequent reply, the papers on file with the court and applicable law, the court finds Lakeview's motion is well-taken and should be GRANTED as follows:

IT IS ORDERED, ADJUDGED and DECREED that Ms. Morton's claims against Lakeview are dismissed with prejudice.

This order disposes of all claims and all parties to this suit and is, and is intended to be, a final judgment for all purposes, including appeal.

SIGNED _____, 2025.

_____
United States District Judge